Peoria Motor Club, appellee, v. Motorists Association of Illinois, appellant. Gen. No. 8,028.

 Opinion filed June 26, 1929.

H. A. Blair and Roscoe Herget, for appellant. Clarence W. Heyl, for appellee; Heyl & Heyl, of counsel.

Mr. Justice Boggs delivered the opinion of the court.

# THIRD DISTRICT.

Dick & Brothers Quincy Brewing Company, appellee, v. City of Quincy, appellant. Gen. No. 8,174.

Opinion filed January 25, 1928. Rehearing denied April 12, 1928.

William Schlagenhauf, for appellants. Rolla Babcock, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

J. E. Hogan and L. W. Reese, trading as Hogan & Reese, appellees, v. Henry Ermovick, appellant. Gen. No. 8,237.

 Opinion filed July 2, 1928. Rehearing denied October 11, 1928.

Leslie J. Taylor, Edward E. Adams and C. E. Flesher, for appellant. Hogan & Reese, pro se, and J. W. Coale, for appellees.

Per curiam.